IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK FOX,

     Petitioner,                    No. CIV S-05-0897 MCE KJM P

   vs.

CDC/BOARD OF PRISON TERMS,

     Respondent.                 <u>ORDER</u>

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

/////

/////

1

1   2. The Clerk of the Court is directed to send petitioner a copy of the application
2   to proceed in forma pauperis by a prisoner used by this district.
3   DATED: May 12, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

10  1/kf
    fox0897.101a