IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK FOX,

    Petitioner,           No. CIV-S-05-0897 MCE KJM P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

    Respondents.        ORDER TO SHOW CAUSE

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

        Petitioner appears to challenge the revocation of parole. However, from petitioner's habeas application, it appears petitioner expected to be released from prison on September 7, 2005. Accordingly, the court will order petitioner to show cause why this case should not be dismissed as moot.

/////

/////

1

1       In accordance with the above, IT IS HEREBY ORDERED that:

2       1. Petitioner's request to proceed in forma pauperis is granted; and

3       2. Within twenty days of this order, petitioner show cause why this case should
4  not be dismissed as moot.

5  DATED: November 17, 2005.

```
                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE
```

1
fox0897.osc